UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AL HUNT, III | CIVIL ACTION |
| VERSUS | NO: 06-2413 |
| DEPARTMENT OF VETERANS AFFAIRS | SECTION: "K"(3) |

### ORDER VACATING MAGISTRATE REFERRAL

The Court having been informed that the parties do not consent to proceed before the Magistrate Judge pursuant to 28 U.S.C. 636(c), doc. 8 in the record.

Accordingly, the referral issued in this matter is rescinded, vacated and set aside. All further proceedings will be held before the District Court Judge.

New Orleans, Louisiana this __29th__ day of September, 2006.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

____Fee_____
____Process_____
____Docket_____
____CtRm Dep_____
____Document No._____