UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AL HUNT, III | CIVIL ACTION |
| VERSUS | NO. 06-2413 |
| R. JAMES NICHOLSON, SECRETARY OF DEPARTMENT OF VETERANS AFFAIRS | SECTION "K"(3) |

### *ORDER*

Before the Court is defendant Secretary of the Department of Veterans Affairs' "Motion to Dismiss Claim for Punitive Damages" (Doc. 13). Counsel for plaintiff has advised the Court that plaintiff has no opposition to the motion. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's claim for punitive damages is hereby dismissed with prejudice.

New Orleans, Louisiana, this 28th day of February, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE