UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AL HUNT, III | CIVIL ACTION |
| VERSUS | NO. 06-2413 |
| R. JAMES NICHOLSON, SECRETARY OF DEPARTMENT OF VETERANS AFFAIRS | SECTION "K"(3) |

## *ORDER*

Before the Court is defendant Secretary of the Department of Veterans Affairs' "Motion for Partial Summary Judgment on Nonselection Claims" (Doc. 15). For the reasons stated on the record during the hearing held this date, the motion is denied as to the plaintiff's nonselection claim related to job announcement No. 05-104; the motion is granted in all other respects. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's nonselection claims related to job announcements No. 04-139, No. 04-140, No. 04-161, and No. 04-163 are hereby dismissed with prejudice.

New Orleans, Louisiana, this 16th day of May, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE