UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

AL HUNT, III                                                                CIVIL ACTION

VERSUS                                                                      NO. 06-2413

R. JAMES NICHOLSON, SECRETARY OF                                            SECTION "K"(3)
DEPARTMENT OF VETERANS AFFAIRS

## *ORDER*

Before the Court is defendant Secretary of the Department of Veterans Affairs' "Motion for Summary Judgment on Hostile Work Environment/Constructive Discharge Claims" (Doc. 56). For the reasons stated on the record during the hearing held this date, the motion is GRANTED. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's retaliatory hostile work environment and constructive discharge claims are hereby dismissed with prejudice.

New Orleans, Louisiana, this 17th day of October, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE