UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AL HUNT, III | CIVIL ACTION |
| VERSUS | NO. 06-2413 |
| R. JAMES NICHOLSON, SECRETARY OF DEPARTMENT OF VETERANS AFFAIRS | SECTION "K"(3) |

## *ORDER*

For the reasons stated on the record at the hearing held this date, the "Motion for Summary Judgment on Nonselection Claim" filed on behalf of defendant R. James Nicholson, Secretary of the Department of Veterans Affairs, is DENIED.

New Orleans, Louisiana, this 16th day of April, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE