# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **AL HUNT, III** | **CIVIL ACTION** |
| **VERSUS** | **NO. 06-2413** |
| **R. JAMES NICHOLSON, SECRETARY OF DEPARTMENT OF VETERANS AFFAIRS** | **SECTION "K"(3)** |

## ORDER AND OPINION

Before the Court are "Objections to Deposition Testimony of Issac Decatur" filed on behalf of Defendant the Secretary of Veterans Affairs. Having reviewed the pleadings, memoranda, deposition of Mr. Decatur, and relevant law, the Court, for the reasons assigned, sustains some objections and overrules others as specifically indicated herein after.

The Court has previously restricted Mr. Decatur's testimony to "retaliatory statements made to [him] by Jeannette Butler confirming her intent to retaliate against anyone engage in protected activity." Therefore, some, if not all, of the government's objections may be moot. However, in an abundance of caution, the Court makes the following rulings.

1. Plaintiff Al Hunt has no opposition to the exclusion of the following portions of Mr. Decatur's testimony: Page 6, lines 5-12; Page 9, lines 6-18, Page 10 - 11 and 13-14, Page 18, Page 19, lines 3-15, Page 19-20, Pages 21-23, line 21, Page 30, lines 6-21, Page 32, lines 4-25, Page 51, Page 52, and Page 75, lines 8-14.

2. Page 6, lines 13-17: The objection is sustained; the testimony is not relevant.

3. Page 23, lines 22-25 and Pages 24-27: The objection is sustained. The testimony does not address a retaliatory statement made to Mr. Decatur by Ms. Butler, and is therefore not relevant.

4.  Page 62-63: The objection is sustained except that Mr. Decatur's statement concerning what Ms. Butler told him is relevant and therefore admissible.

New Orleans, Louisiana, this 31st day of May, 2008.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE